**E-filed 6/1/05**

1  JOHN McBRIDE - 36458
   WYLIE, McBRIDE, JESINGER, PLATTEN & RENNER
2  2175 Canoas Garden Avenue, Suite 120
   San Jose, California 95125
3  Telephone: (408) 979-2920
   Facsimile: (408) 979-2934
4
   Attorneys for Plaintiffs
5  JUSTIN B. DOMBKOWSKI, JUAN M. CHAVEZ, CHRISTINA LOPEZ,
   KATHERINE MYLES, DEE DEE SMITH
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION

11  JUSTIN B. DOMBKOWSKI, JUAN M.            Case No. C05-00736 JF
    CHAVEZ, CHRISTINA LOPEZ, KATHERINE
12  MYLES, DEE DEE SMITH,                    STIPULATION TO CONTINUE
                                             CASE MANAGEMENT CONFERENCE
13              Plaintiffs,                  AND ORDER
14
        vs.
15
16  SAFEWAY INC.,
17              Defendant.
                                        /
18

19     It is hereby stipulated by and between the parties hereto that the Case Management
20  Conference scheduled for June 24, 2005 at 1:30 p.m. shall be continued to July 15, 2005 at 9:00 a.m.
21  in Courtroom 3 in conjunction with plaintiff's motion to remand action to state court.
22
23
24  Dated: May 23, 2005            WYLIE, MCBRIDE, JESINGER, SURE, & PLATTEN
25                                             /s/
                                   _____
26                                 JOHN McBRIDE, Attorney for Plaintiff
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER; Case No. C05-00736 JF

1 | Dated: May 25, 2005          LITTLER MENDELSON
2
3                                _____
                                 R. BRIAN DIXON, Attorneys for Defendants
4
5                                **ORDER**

6    Based on the stipulation of the parties and good cause appearing therefore:
7    It is ordered that the Case Management Conference in the above matter be continued to July
8    15, 2005 at 9:00 a.m. in Courtroom 3.
9                                           /s/electronic signature authorized
10   Dated: 6/1/05                _____
                                  HONORABLE JEREMY FOGEL
11                                UNITED STATES DISTRICT COURT
12
13   p:\3000\302291\federal\stip cont cmc rho
14
...
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER Case No. C05-00736 JF

2